No. 349     May 30, 2024     763

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CRUZ RIVERA HERNANDEZ,
*Defendant-Appellant.*

Marion County Circuit Court
22CR10567; A180462

Jennifer K. Gardiner, Judge.

Submitted April 16, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Marc D. Brown, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant. Section B of the brief was prepared by defendant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, J.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals from a judgment of conviction for murder in the second degree with a firearm, ORS 163.115; ORS 161.610. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief contains a Section B. *See* ORAP 5.90(1)(b). The state filed an answering brief responding to the arguments raised in Section B of the brief. Reviewing under ORAP 5.90(3) for "arguably meritorious issues," we affirm.[1]

In March 2022, defendant caused the death of his intimate partner with a firearm. Defendant waived a jury trial, and he pleaded guilty to murder in the second degree with a firearm. Pursuant to a stipulation of the parties, the trial court sentenced defendant to life in prison with an opportunity for parole after 25 years, and a 60-month mandatory minimum term of incarceration, ORS 163.115(5); ORS 161.610.

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, including the arguments in Section B of the brief and the state's response to those arguments, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).